# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| Talus Capital, LLC, | ) |
| | ) Case No. 2:17-cv-0037 |
| Plaintiff, | ) |
| | ) Judge Crenshaw |
| v. | ) |
| | ) |
| Lori Jane Morel, and Keller Energy, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Pending is Plaintiff's motion for default judgment against Defendant Keller Energy, LLC (Docket Entry No. 39). The Clerk will consider this motion pursuant to Federal Rule of Civil Procedure 55(b)(1), as it is for a sum certain. Plaintiff previously sought and was awarded default judgment against Defendant Lori Jane Morel (Docket Entry No. 31). This default judgment is not in addition to the judgment previously granted to Plaintiff, but rather should be treated as joint and several with the judgment already awarded.

For the reasons stated in the motion, accompanying memorandum in support (Docket Entry No. 40), and affidavit (Docket Entry No. 41), the motion is granted and default judgment is hereby entered against Defendant Keller Energy, LLC, in the amount of $749,671.23. Plaintiff is also awarded pre-judgment interest at the rate of 5% per annum ($95.89 per day) from February 13, 2018, through the date of this judgment per the terms of the promissory note, plus post-judgment interest as permitted under 28 U.S.C. §1961. Plaintiff requested the amount of $2,193.85 for the costs of service. However,

that amount is not awarded as part of this judgment. As a taxable cost of the case, Plaintiff must seek recovery of that cost by filing a Bill of Costs pursuant to Local Rule 55.01(a). Attorney fees and costs, if sought, must be submitted for the Court's consideration pursuant to Federal Rule of Civil Procedure 54(d)(2).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court