# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| TALUS CAPITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-00037 |
| | ) Chief Judge Crenshaw |
| LORI JANE MOREL, AND KELLER ENERGY, LLC, | ) |
| Defendants. | ) |

## ORDER

The Clerk of the Court has previously entered a Default Judgment against Lori Jane Morel (Doc. No. 31), and a Default Judgment as to Keller Energy, LLC (Doc. No. 42). Because those judgments resolve all of the claims against Defendants, Talus Capital's Rule 54(b) Motion for Entry of Final Judgment (Doc. No. 43) is **GRANTED**.

Additionally, Talus Capital moves for an award of attorney's fees under the Promissory Note that allows for "[a]ll costs expenses and expenditures including, and without limitation, the complete legal costs incurred by the Lender in enforcing this Note as a result of any default by the Borrowers," and provides that such costs, expenses and fees shall be "added to the principal then outstanding and will immediately be paid by the Borrower." (Doc. No. 1-11, Promissory Note ¶ 5). Accordingly, Talus Capital's Motion for Attorney's Fees and Costs (Doc. No. 45) in the amount of $70,966.25, and non-taxable costs and expenses in the amount of $1,382.86, as supported by the Declaration of counsel (Doc. No. 47), is also **GRANTED**.

The Clerk of the Court shall enter a **FINAL JUDGMENT** in favor of Talus Capital, LLC and against Lori Jane Morel, and Keller Energy, LLC, jointly and severally, in the amount of $749,671.23, plus pre-judgment interest in accordance with the terms of the Promissory Note at the

rate of 5% per annum ($95.89 per day) from February 13, 2018, through the date of the Final Judgment, plus post-judgment interest as permitted under 28 U.S.C. §1961, plus attorney's fees and non-taxable cost in the amount of $72,359.11.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE