UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| Talus Capital, LLC, | ) |
| | ) Case No. 2:17-cv-0037 |
| Plaintiff, | ) |
| | ) Chief Judge Crenshaw |
| v. | ) |
| | ) |
| Lori Jane Morel and Keller Energy, LLC, | ) |
| | ) |
| Defendants | ) |
| | ) |

## FINAL JUDGMENT

Pursuant to and as stated in the Order of the Court (Docket Entry No. 49), FINAL JUDGMENT IS HEREBY ENTERED in favor of Talus Capital, LLC and against Lori Jane Morel and Keller Energy, LLC, jointly and severally, in the amount of $749,671.23, plus prejudgment interest at the rate of 5% per annum ($95.89 per day) from February 13, 2018, through the date of this final judgment, plus post-judgment interest as permitted under 28 U.S.C. §1961, plus attorney fees and non-taxable costs in the amount of $72,359.11 as awarded by the Court, for the purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure.

*/s/ Keith Throckmorton*

Keith Throckmorton
Clerk of Court